UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Eric Lyman, *on behalf of himself and all others similarly situated*,<br><br>                           Plaintiff,<br>v.<br><br>Penn Credit Corporation,<br><br>                           Defendant. | Civil Action No.: 2:13-cv-01831-LS |

### MOTION TO TRANSFER VENUE

Plaintiff Eric Lyman, by and through undersigned counsel, hereby moves the Court to transfer this matter to the Middle District of Pennsylvania. In support, Plaintiff states as follows:

28 U.S.C. § 1404 provides:

> **(a)** For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented.

Plaintiff is a resident of Yukon, Oklahoma. (Complaint ¶5).

Defendant is a resident of Harrisburg, Pennsylvania. (Complaint ¶ 7).

The Parties have consulted and both consent to transfer this matter to the Middle District of Pennsylvania as the Eastern District of Pennsylvania venue is improper.

Because the Parties request and consent to transfer this matter to the Middle District of Pennsylvania, Plaintiff respectfully requests the Court grant this motion and direct the clerk of the court to transfer this civil action to the Middle District for further proceedings.

DATED: August 9, 2013

Respectfully submitted,

PLAINTIFF, Eric Lyman

/s/ Jody B. Burton

Jody B. Burton, Esq.
Bar No.: 71681
**LEMBERG & ASSOCIATES L.L.C.**
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
jburton@lemberglaw.com

DEFENDANT, Penn Credit Corporation

Ronald M. Metcho, Esq.
Bar No.: 202807
**MARSHALL, DENNEHEY, WARNER, COLEMAN AND GOGGIN, P.C.**
2000 Market Street, 24th Floor
Philadelphia, PA  19103
Direct Dial: 215-575-2595
Facsimile:  215-575-0856
RMMetcho@mdwcg.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2013, a true and correct copy of the foregoing Motion to Transfer Venue was filed with the Clerk of Court for the United States District Court for the Eastern District of Pennsylvania using the CM/ECF system. A copy of such was also sent via electronic mail to the following party listed below:

Tom Perrotta
Penn Credit Corporation
916 South 14th Street
Harrisburg, Pennsylvania 17104
*Representative for Defendant*

By /s/*Jody B. Burton*
Jody B. Burton