UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Eric Lyman, *on behalf of himself and all others similarly situated*,<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br><br>Penn Credit Corporation,<br><br>　　　　　　　　　　Defendant. | Civil Action No.: 2:13-cv-01831-LS |

## PROPOSED ORDER

Plaintiff's Motion to Transfer Venue is hereby granted. The clerk is directed to transfer this civil action to the Middle District for further proceedings.

IT IS SO ORDERED.

_____
Hon. Nitza I. Quinones Alejandro