IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC LYMAN, on behalf of himself and all others similarly situated<br>*Plaintiff*<br><br>v.<br><br>PENN CREDIT CORPORATION<br>*Defendant* | CIVIL ACTION<br>NO. 13-1831 |

# ORDER

**AND NOW,** this 12th day of August, 2013, upon consideration of Plaintiff's unopposed motion to transfer venue [ECF No. 9], and pursuant to 28 U.S.C. § 1404, it is hereby **ORDERED** that the Motion is **GRANTED**. The Clerk of Court is directed to transfer this civil action to the Middle District of Pennsylvania for further proceedings and to close this case for statistical purposes.

BY THE COURT:

NITZA I. QUIÑONES ALEJANDRO, J.